MARCUS J. LEE (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION*
*SOLUTIONS, INC. and*
*CLARITY SERVICES, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATH GAUMER,<br><br>               Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al.*,<br><br>               Defendants. | Case No. 2:26-cv-01863 - RFB- BNW<br><br>**CONSENT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND CLARITY SERVICES, INC. TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendants EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") and CLARITY SERVICES INC. ("Clarity") file this motion to extend Clarity's deadline to file their response to Plaintiff's Complaint (ECF No. 1) through Friday August 14, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

This extension request is made in good faith and not for purposes of delay. Counsel for Experian and Clarity has been in contact with Plaintiff who has consented to the requested extension. Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Experian and Clarity the opportunity to fully analyze the claims against it and to give the parties the opportunity to continue good faith efforts to settle this case.

Dated this 13th day of July, 2026

/s/Inku Nam
MARCUS J. LEE Nevada Bar No. 15769
INKU NAM Nevada Bar No. 12050
O'HAGAN MEYER PLLC
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*EXPERIAN INFORMATION SOLUTIONS, INC.*
*and CLARITY SERVICES, INC.*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED:  July 14, 2026

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, I electronically filed a true and accurate copy of the foregoing Consent Motion for Extension was filed with the Clerk of Court using the CM/ECF electronic filing system.

By:                                                           /s/ Krystal Williams
                                                                An Employee of
                                                                O'HAGAN MEYER PLLC