MARCUS J. LEE, ESQ. (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
INKU NAM, ESQ. (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC. and CLARITY SERVICES, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATH GAUMER,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-01863-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND CLARITY SERVICES, INC. TO RESPOND TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendants EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") and CLARITY SERVICES INC. ("Clarity") (collective Defendants) through their undersigned counsel, that Defendants' deadline in which to file and serve a response to Plaintiff's Complaint (ECF No. 1), shall be extended through and until Friday, September 4, 2026 and request that the Court enter an order approving the same. This is Experian and Clarity's second request to extend the time for them to respond to Plaintiff's Complaint.

/ / /

/ / /

Plaintiff filed the Complaint on June 18, 2026. The current deadline for Defendants to respond to the Complaint is August 14, 2026. Defendant has requested, and Plaintiff has agreed, to extend the deadline for Defendants to respond to the Complaint in order to provide additional time for the parties to continue to confer regarding potential early resolution of this matter. This request is made for good cause and not for the purpose of delay. The parties thus agree, subject to the Court's approval, that the deadline for Defendants to respond to the Complaint shall be extended to September 4, 2026, and respectfully request that the Court enter an order approving this stipulation.

**IT IS SO STIPULATED.**

DATED this 14th day of August, 2026

O'HAGAN MEYER PLLC

*/s/Inku Nam*
MARCUS J. LEE, ESQ.
Nevada Bar No. 15769
INKU NAM, ESQ.
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101

Counsel for Defendants
EXPERIAN INFORMATION SOLUTIONS, INC. and CLARITY SERVICES, INC.

DATED this 14th day of August, 2026

FREEDOM LAW FIRM, LLC

*/s/ Gerardo Avalos*
GEORGE HAINES, ESQ.
Nevada Bar No. 9411
GERARDO AVALOS, ESQ.
Nevada Bar No. 15171
8985 South Eastern Ave., Suite 205
Las Vegas, Nevada 89123

Counsel for Heath Gaumer

**IT IS SO ORDERED:**

DATED: August 18, 2026

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, I electronically filed a true and accurate copy of the foregoing Consent Motion for Extension was filed with the Clerk of Court using the CM/ECF electronic filing system.

By: *___/s/ Krystal Williams___*
An Employee of
O'HAGAN MEYER PLLC