JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
MADELEINE COLES, ESQ.
Nevada Bar No. 16216
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: joel.tasca@gtlaw.com
madeleine.coles@gtlaw.com

*Counsel for JPMorgan Chase Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Heath Gaumer,

Plaintiff,

v.

Equifax Information Services LLC; Experian Information Solutions, Inc.; Clarity Services, Inc.; JPMorgan Chase Bank, N.A.; Upgrade Inc.; Eastern Specialty Finance, Inc. dba Check 'n Go; Ascend Loans, LLC; Aaniiih Nakoda Finance, LLC dba Bright Lending; Plain Green, LLC; Biz Advance Now Inc. dba Cash Advance Now; and Naanan, LLC dba Stone Lake Lending,

Defendants.

Case No. 2:26-cv-01863-RFB-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT (ECF NO. 1)**

[**THIRD REQUEST**]

Pursuant to LR IA 6-1 and LR 7-1, IT IS HEREBY STIPULATED between Plaintiff Heath Gaumer ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant"), through their undersigned counsel, that Defendant's deadline in which to file and serve a response to Plaintiff's Complaint (ECF No. 1), shall be extended through and until September 4, 2026, and request that the Court enter an order approving the same. This is the parties' third request to extend the time for Defendant to respond to Plaintiff's Complaint.

Plaintiff filed the Complaint on June 18, 2026. The current deadline for Defendant to respond to the Complaint is August 21, 2026. Defendant has requested, and Plaintiff has agreed, to extend the deadline for Defendant to respond to the Complaint in order to provide additional time for counsel for Defendant to gather information regarding the facts and circumstances of the case in order to formulate a response and for the parties to continue to confer regarding potential early resolution of this matter. The parties thus agree, subject to the Court's approval, that the deadline for Defendant to respond to the Complaint shall be extended to September 4, 2026, and respectfully request that the Court enter an order approving this stipulation.

**IT IS SO STIPULATED.**

DATED this 21st day of August, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Madeleine Coles*
JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
MADELEINE COLES, ESQ.
Nevada Bar No. 16216
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

***Counsel for JPMorgan Chase Bank, N.A.***

DATED this 21st day of August, 2026.

**FREEDOM LAW FIRM, LLC**

*/s/ Gerardo Avalos*
GEORGE HAINES, ESQ.
Nevada Bar No. 9411
GERARDO AVALOS, ESQ.
Nevada Bar No. 15171
8985 South Eastern Ave., Suite 205
Las Vegas, Nevada 89123

***Counsel for Heath Gaumer***

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on the **21st day of August, 2026,** a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT (ECF NO. 1)** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Christie Rehfeld*
An employee of Greenberg Traurig, LLP