PAUL M. CROKER, Esq., MO SBN#57000
pcroker@atllp.com
**ARMSTRONG TEASDALE LLP**
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108
Telephone: 816.221.3420
(*pro hac vice forthcoming*)

JAMES OLSON, Esq. NV SBN#000116
jolson@ocgattorneys.com
STEPHANIE ZINNA, Esq., NV SBN#011488
szinna@ocgattorneys.com
**OLSON CANNON & GORMLEY**
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012

Attorneys for Defendant,
ASCEND LOANS, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Heath Gaumer,<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; Clarity Services, Inc.; JPMorgan Chase Bank, N.A.; Upgrade Inc.; Eastern Specialty Finance, Inc. dba Check 'n Go; Ascend Loans, LLC; Anaiih Nakoda Finance, LLC dba Bright Lending; Plain Green, LLC; Biz Advance Now Inc. dba Cash Advance Now; and Naana, LLC dba Stone Lake Lending.<br><br>Defendants. | Case No. 2:26-cv-01863-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT ASCEND LOANS, LLC TO RESPOND TO COMPLAINT (ECF NO. 1)**<br><br>**[THIRD REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, IT IS HEREBY STIPULATED between Plaintiff Heath Gaumer ("Plaintiff") and Defendant Ascend Loans, LLC, is a wholly owned economic development arm and instrumentality of the Habematolel Pomo of Upper Lake, a federally

recognized tribe (hereinafter "Defendant" or "Ascend Loans")[1], through their undersigned counsel, that Defendant's deadline in which to file and serve a response to Plaintiff's Complaint (ECF No. 1), shall be extended through and until September 29, 2026, and request that the Court enter an order approving the same. This is the Defendant's third request to extend the time for Defendant to respond to Plaintiff's Complaint.

Plaintiff filed the Complaint on June 18, 2026. On July 28, 2026, Defendant and Plaintiff filed Stipulations that extended the deadline for Defendant to respond to the Complaint to August 18 and September 8, 2026, respectively. Defendant has requested and Plaintiff has agreed, to an additional extension of the deadline for Defendant to respond to the Complaint in order to provide time for counsel for Defendant to gather information regarding the facts and circumstances of the case in order to formulate a response and for the parties to confer regarding potential early resolution of this matter. The parties thus agree, subject to the Court's approval, that the deadline for Defendant to respond to the Complaint shall be extended to September 29, 2026, and respectfully request that the Court enter an order approving this stipulation.

**IT IS SO STIPULATED.**

Dated this 11th day of September, 2026.

OLSON CANNON & GORMLEY

*/s/ Stephanie Zinna*
JAMES OLSON, ESQ.
Nevada Bar No. 000116
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
9950 W. Cheyenne Ave
Las Vegas, Nevada 89129

***Counsel for Ascend Loans, LLC***

FREEDOM LAW FIRM, LLC

*/s/ Gerardo Avalos*
GEORGE HAINES, ESQ.
Nevada Bar No. 9411
GERARDO AVALOS, ESQ.
Nevada Bar No. 15171
8985 South Eastern Ave., Suite 205
Las Vegas, Nevada 89123

***Counsel for Heath Gaumer***

**IT IS SO ORDERED.**

**Dated:**

September 11, 2026

______________________________
**United States Magistrate Judge**

[1] This specially-appearing Defendant does not waive and expressly reserves its ability to challenge this Court's subject matter jurisdiction due to Defendant's sovereign immunity from suit.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September 2026, a true and correct copy of foregoing **Stipulation and Order to Extend Deadline for Defendant Ascend Loans, LLC to Respond to Complaint (ECF No. 1) [Third Request]**, was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Wanda Rivera*____________