George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Heath Gaumer*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Heath Gaumer,<br><br>Plaintiff,<br>v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; Clarity Services, Inc.; JPMorgan Chase Bank, N.A.; Upgrade Inc.; Eastern Specialty Finance, Inc. dba Check 'n Go; Ascend Loans, LLC; Aaniiih Nakoda Finance, LLC dba Bright Lending; Plain Green, LLC; Biz Advance Now Inc. dba Cash Advance Now and Naanan, LLC dba Stone Lake Lending,<br><br>Defendants. | Case No.: 2:26-cv-01863<br><br>**Stipulation of dismissal of all claims between Plaintiff and Aaniiih Nakoda Finance, LLC dba Bright Lending with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Heath Gaumer and Aaniiih Nakoda Finance, LLC dba Bright Lending stipulate to dismiss all claims between Plaintiff and Aaniiih Nakoda Finance, LLC dba Bright Lending with

prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 16, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**KILPATRICK TOWNSEND & STOCKTON LLP**

/s/ *Nathan S. Arrington*
Nathan S. Arrington, Esq.
12255 El Camino Real, Suite 250
San Diego, California 92130

Rob Roy Smith, Esq.
1420 Fifth Ave., Suite 3700
Seattle, Washington 98101

Mark H. Reeves, Esq.
1450 Greene Street, Suite 145
Augusta, Georgia 30901

*Counsel for Aaniiih Nakoda Finance, LLC dba Bright Lending*

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: November 16, 2026