George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Heath Gaumer*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Heath Gaumer,

Plaintiff,

v.

Equifax Information Services LLC; Experian Information Solutions, Inc.; Clarity Services, Inc.; JPMorgan Chase Bank, N.A.; Upgrade Inc.; Eastern Specialty Finance, Inc. dba Check 'n Go; Ascend Loans, LLC; Aaniiih Nakoda Finance, LLC dba Bright Lending; Plain Green, LLC; Biz Advance Now Inc. dba Cash Advance Now and Naanan, LLC dba Stone Lake Lending,

Defendants.

Case No.: 2:26-cv-01863

**Stipulation of dismissal of all claims between Plaintiff and Clarity Services, Inc. with prejudice**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Heath Gaumer and Clarity Services, Inc. stipulate to dismiss all claims between Plaintiff and Clarity Services, Inc. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 19, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**O'HAGAN MEYER PLLC**

/s/ *Inku Nam*
Marcus J. Lee, Esq.
Inku Nam, Esq.
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
*Counsel for Clarity Services, Inc.*

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
UNITES STATES DISTRICT JUDGE

DATED: November 19, 2026